| | |
|---|---|
| KEKER, VAN NEST & PETERS LLP<br>DAVID SILBERT - # 173128<br>dsilbert@keker.com<br>RACHAEL E. MENY - # 178514<br>rmeny@keker.com<br>NICHOLAS S. GOLDBERG - # 273614<br>ngoldberg@keker.com<br>EMILY A. HASSELBERG - # 326990<br>ehasselberg@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:     415 391 5400<br>Facsimile:      415 397 7188<br><br>Attorneys for Defendant<br>RIMINI STREET, INC. | RAFKIN ESQ., PLLC<br>SETH A. RAFKIN (199166)<br>(srafkin@rafkinesq.com)<br>JENNIFER M. BOGUE (259431)<br>(jbogue@rafkinesq.com)<br>1201 SUSSEX TURNPIKE, SUITE 102<br>RANDOLPH, NJ 07869<br>Telephone: (973) 891-3370<br>Facsimile: (973) 920-9727<br><br>Attorneys for Plaintiff<br>DOROTHEA STOLL |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DOROTHEA STOLL,<br><br>           Plaintiff,<br><br>     v.<br><br>RIMINI STREET, INC.,<br><br>           Defendant. | Case No. 3:21-cv-01930-TLT<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE UPON SETTLEMENT OF CASE**<br><br>Dept:         Courtroom 9<br>Judge:       Hon. Trina L. Thompson<br><br>Date Filed: March 19, 2021<br>Trial Date: August 14, 2023 |

Plaintiff Dorothea Stoll and Defendant Rimini Street, Inc. (collectively, "the Parties") have reached a settlement in the above-referenced case. Accordingly, the Parties hereby stipulate and request that the Court order this matter be dismissed in its entirety with prejudice, with each party to bear its own attorneys' fees and costs.

Dated: January 4, 2023                                          RAFKIN ESQ., PLLC

                                                    By:   /s/ Seth A. Rafkin
                                                          SETH A. RAFKIN
                                                          JENNIFER M. BOGUE

                                                          Attorneys for Plaintiff
                                                          DOROTHEA STOLL

Dated: January 4, 2023                                          KEKER, VAN NEST & PETERS LLP

                                                    By:   /s/ David Silbert
                                                          DAVID SILBERT
                                                          RACHAEL E. MENY
                                                          NICHOLAS S. GOLDBERG
                                                          EMILY A. HASSELBERG

                                                          Attorneys for Defendant
                                                          RIMINI STREET, INC.

**CERTIFICATION OF CONCURRENCE FROM OTHER PARTIES**

I, David Silbert, am the ECF user whose ID and password are being used to file this STIPULATION FOR DISMISSAL WITH PREJUDICE UPON SETTLEMENT OF CASE. In compliance with N.D. Cal. Civ. L.R. 5-1(i)(3), I hereby attest that each of the signatories has concurred in the filing of this document and has authorized the use of his or her electronic signature.

Dated: January 4, 2023

                                                          /s/ David Silbert
                                                          DAVID SILBERT

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that this matter, including Plaintiff Dorothea Stoll's claims and Defendant Rimini Street, Inc.'s counterclaim, is DISMISSED in its entirety WITH PREJUDICE. Each party shall bear its own attorneys' fees and costs.

Dated: January 4, 2023

_____
Honorable Trina L. Thompson
UNITED STATES DISTRICT JUDGE